

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2021

No. 04-21-00449-CV

Paula **MANZANARES**,
Appellant

v.

Perry **ALVAREZ**,
Appellee

From the County Court, Frio County, Texas
Trial Court No. 9704
Honorable Arnulfo C. Luna, Judge Presiding

# O R D E R

The clerk's record was originally due on November 15, 2021. On November 19, 2021, the trial court clerk filed a Notification of Late Record stating appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court **no later than November 29, 2021** that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court